## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## _____ DIVISION

William R Grimes )
**Plaintiff,** )
)
)
**V.** )
)                    2:25-cv-00164-MPB-MG
)          **CAUSE NO.** _____
)
Hugh Hunt , )
Andrew Mattem, Clark Coffom )
Ann Miseluler Rob Roberts )
**Defendant(s).** )

## PRISONER COMPLAINT
## 42 U.S.C. 1983

**A. PLAINTIFF**

1. William R Grimes , D.O.C# 249489

2. I am held at the Miami Correctional Facility

3. The address is 3038 W. 850 South, Bunker Hill, IN 46914

4. Did the things you are suing about happen in the place listed above

   ☒ Yes, it happened in the same facility I am being held at today.

   ☒ No, it happened at Sullivan C.Q Brazil Jail W.V.C.F.

5. Did the things that you are suing about, happen:

   ☒ Before you were confined, or

   ☒ When you were confined awaiting trial, or

   ☒ After conviction while confined serving a sentence.

**B. Defendant(s) how many defendants are you suing:** 14

E-2 Rev. 8-06

**Defendants Name/ Job Title/ Government Agency        Work Address**

1. MAtt Pirtle (home Address) 8709 west Park St Merom In 47861
   Sullivan County
2. Clark Cottom previous Sheriff   Sheriff's Dept. 24 S State Street   Sullivan In. 47882
3. Andrew Mattern Trooper Indiana State Police 1927 US-40 Greencastle In. 46135
   Sullivan County   100 Courthouse Sq Room 103
4. Ann Mischler Prosecutor Court house   Sullivan In. 47882

(If more space is needed, use additional page)

## II GRIEVANCE PROCEDURE

A. Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about?

☒ Yes             ☒ No

B. If yes, did you file a grievance about the things you are suing about?

☒ Yes

☒ No

If No, explain why.
Mat Pirtle TRied To murder me, Andrew Mattern illeagaly took my vehical, Ann mischler and Robert Roberts malicious Prosecution, Hugh R Hunt unLawfully imprisoned me

## III CAUSE OF ACTION WITH SUPPORTING FACT

Write why you are suing each defendant. Write whom, what, where, and how you believe your rights were violated. It is very important that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the Court will not know why you are suing and the defendant will be dismissed.

Explain what constitutional or federal law, right, privileges or immunity each defendant violated. Do not cite or quote case law and/or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

E-2 Rev. 8-06

Defendants List Continued

Defendants Name / Job Title / Government Agency
Work Address

5. Jeff Griffith  previous Jail commander  Sullivan Co. Sheriff's Dept.
24 S State Street Sullivan In. 47882

6. Jason Bobbitt  Sheriff  Sullivan County Sheriff's Dept.
77 E Justice Drive Sullivan In. 47882

7. Jail Officer w/Badge #1181  Jail Officer  Clay Co. Sheriff's Dept.
611 E Jackson Street Brazil In. 47834

8. Robert Roberts  Prosecutor  Vigo County Courthouse
33 S 3rd Street Terre Haute In. 47807

9. Amanda Thompson  Attorney-Public defender  Vigo county
62 Briarwood Terre Haute In. 47803

10. Hugh Hunt  Judge  Sullivan County Courthouse
100 Courthouse Sq. Room 105 Sullivan In. 47882

11. Attorney General  Legal Officer  Indiana
302 West Washington Street Indianapolis In. 46204

12. Wabash Valley Correctional Facility  Prison  Indiana DOC
6908 South Old US Highway 41 PO Box 500 Carlisle In 47838

13. Miami Correctional Facility Prison  Indiana DOC
3038 W 850 S Bunker Hill, In. 46914

14. State of Indiana

Pro Se 14 (INND Rev. 2/20)                                                                                        page 4

5. When did this event happen?

    ● Before I was confined.

    ● While I was confined awaiting trial.

    ● After I was convicted while confined serving the sentence.

    ○ Other: <u>Mat Pirtle Shot AT Me BeFore The Judge Hunt UNLawfully imPrison MP</u>

6. Have you ever sued anyone for this exact same event?

    ● No.

    ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?

    ○ No, this event is not grievable at this prison or jail.

    ● Yes, I filed a grievance and attached is a copy of the response from the final step.

    ○ Yes, this event was grievable, but I did not file a grievance because _____

<u>I Filed MuLTiPle GrievaNces AT W.V.C.F. And AT M.C.F. And They will NOT LeT A PersoN Have Due Process Both Places SaBaTage The GrievaNce Process I have paper work Asking why They will NOT LeT me FiNish The Process</u>

8. If you win this case, what do you want the court to order the defendant(s) to do?

[NOTE: A case filed on this form will not overturn your conviction or change your release date.]

<u>Hugh R Hunt To serve The Time he illeugly Gave me and No Longer Be A Judge He Broke Laws And KNew he was To spend Me To PrisoN UNLawfully All The Law members Fired and serve The Time I served MaT PirTle To Be arrested For TRying To murder me while I was sleeping iN My SuV and The ProsecuTors To serve The Time I GoT seNTaNced To and AttorNey General And The PrisoN wacdeNs To serve Time 4 each PAY me #296,700,000.00</u>

[Initial Each Statement]

WRG I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.

WRG I will keep a copy of this complaint for my records.

WRG I will promptly notify the court of any change of address.

WRG I WILL NOT send more than one copy of any filing to the court.

WRG I WILL NOT send summons, USM-285, or waiver forms to the clerk.

WRG I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 08/08/20 24 at 10,00 am/pm.

[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_William R Grimes_                              _249489_
Signature                                       Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## IV PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote in this complaint?

☒ NO          ☐ YES- [Print or type the following information about the case]

Court: _____

Judge: _____    Docket Number: _____

Date Filed: _____    Date Closed: _____

## V. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

For Hugh R Hunt To never Be My Judge again To never Be BY Ann Mickener OR Robert Roberts again. For My Vehical Be Replaced in Ful and Be Paid $10,000.⁰⁰ Per dAY From The dAY it was Taken Till ,it is Replaced in Ful. For each defendant All 14 of them Be ordered To Pay me $296,700,000.⁰⁰ each. Then for All That has happend To me That I Filed in The TORT Claim I want Payed $10,000.⁰⁰ Per dAY For each Acuranes I suffered For each dAY I have Been Un LawFully imprisoned Then Times That BY each defendant All 14 of them. For each Form of Torchur OR Form of Pain I have Named in My TorT and complaint These defendants caused me

## JURY DEMAND

Pursuant to Fed. Civil Procedures Rule 38(b), Plaintiff hereby demands a trial by jury of all triable issues in this case.

*William W Grimes*

Petitioner *pro se*
DOC # 249489      LOC: A239
Miami Correctional Facility
3038 W. 850 South
Bunker Hill, IN 46914

E-2 Rev. 8-06

## VI.   VERIFICATION AND SIGNATURE

### Initial each Statement and Sign at the Bottom

_WRG_ I have included two properly completed summons forms ( available from the clerk) for each defendant I am suing, including full name, job title and work address.

_WRG_ I have included one properly completed process receipt and return form (USM-285) (available from the United States Marshal) for each defendant I am suing.

_WRG_ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the Court.

_WRG_ I have included full payment of the filing fee or attached a properly completed prison petition to proceed in forma pauperis ( available from the clerk) with a copy of my prison trust fund account statement for the six months proceeding the filing of this case.

_WRG_ I agree to promptly notify the clerk of any change in address.

_WRG_ I have read all the statement in this complaint.

_WRG_ I declare under penalties for perjury that the foregoing is true and correct.

Signed this _12_ day of _08_ _____ 20_24_

William R Simons

Petitioner _pro se_
DOC # _249489_ LOC. _A239_
Miami Correctional Facility
3038 W. 850 South
Bunker Hill, IN 46914

E-2 Rev. 8-06

TORT Claim

William R Grimes                    249489                    M.C.F

1/ MAT PirTle He came To my vehical while I was Asleep in iT
PuT A Gun To my head woke me up I GoT out The vehical
he sTarTed shooTing AT me I hiT him with my FisT in
his eye him And The Gun droped To The Ground
I GoT in vehical and LeFT

#2 Clark coTToM sullivan counTy SheriFF I called The sheriFF
Told him maT PirTle jusT shoT AT me I wanTed him arresTed
he Tried To murder me Clark coTTom did NoT send
No cop he did NoT RepoRT my call

#3 Andrew maTTern sTaTe Police maT PirTle Told him
he Loaded A Gun come To my vehical while I was asleep
with iNTeNTchioN on Killing me Andrew maTTern did
NoT Arrest maT PirTle For ATTiFTed murder of dischar
OR discharging A wepon inside ciTy LimeTs No
he weNT To my GrandPals house inpounded my vehical
And he had The wepon he GoT From my uncle Tims
house ThaT my uncle picked up aFTeR maT PirTle
shoT aT me Then Andrew maTTern puT A hold on
my vehical and The Tow Man Took my vehical and
crushed iT while I was in Jail Andrew maTTern
owes me A vehical and should Be Malicious ProsecuTion
Because he Knew maT PirTle Tried To Kill me By shooTing
AT me and iT was selF deFence on my ParT  BuT
I was who GoT arresTed and unLawFully puT in
PrisoN. #3 Andrew maTTern, #2 Clark coTTom, #4 ANN michLener, #5 RobeRT RobeRTs
Should All Be held For Malicious ProsecuTion All These
People Knew iT was selF deFence oN my ParT.

Pro Se 14 (INND Rev. 2/20)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. ON 09-23-22 Jeff Golish Ask me To Bring Food and cigretes To him I went To his house pulled in Fell Asleep in his drive way Mat pictie woke me up hitting me in The Face with A Gun yelling telling me he was going To kill me Because his pot plants were gone I got out my Suv, he used his Gun put it on Fire his Finger went To The triger I moved my head And The Gun Fired The Bullet went Right By my ear Muzle Flash Burt my eye lashes he Started Growling like A Dog Reloaded I pushed The Barel down it went off again I Reacted I punched him in The Face hard as I could him and The Gun Fell I got in my Suv my uncle Tim Took The Gun it Belonged To his Son my cusin I left and Called The Sheriff witch was Clark Cottom at The Time

2 Clark Cottom
2. I Called The Sheriff Told him what happend he Said he would Take Care of it I Told him uncle Tim had The Gun I never had it, Clark did NOT Send AN OFFicer he did NOT Tell my Side OR my RepoRT OR phone Call To Anyone

3 Andrew mattern State TrooPer was Called To The Seen maT pictie Told him he Fully Loaded The weapon with intent To Kill me

Pro Se 14 (GNND Rev. 2/20)                                                                    page 3

Claims and Facts (continued)

3 Mat Pirtle said he came outside walked to me in my vehical asleep woke me up with a fully loaded wepon and started screaming at me this is all on Andrew Matters police Body cam played during my trial Mat Pirtle told the State Police Andrew Matton He knowingly loaded his gun so he could kill me while I was asleep in my vehical at Jeff Golishes house Mat Pirtle should have been arrested on the spot for atimpted murder and unlawfully discharging a wepon inside City limets the cops or the Judge Hunt never Had Him arrested

4 Ann Michlener changed my charges then put Double Jepordy on me all you need to do is look at all the paperwork Filed and you can plainly see it and she kept moving my trial dates and she knew she could not be the prosecutor

5 Jeff Grifith Jail comander He Restrickted me from ordering Food put me on lock down held me in the drunk tank and I never caused a problem I never had a rite up this was torcher and cruel and unusual punishment it caused suver pain and suffering

6 Jason Bobitt became Sheriff Had me sent to diferent Jails and sent to prison held in the shoe where I could not order food they would not let me order anything for a long time then I finly got moved and to go to R.D.C. But Befor I went to R.D.C. the mental pain and suffering the torcher the cruel unusal punishment has left me damaged for life and all these people know mat Pirtle tryed to kill me and they punished me for self defence Mat is still free

7 Braizil Jail officer Badge#1181 he preformed PREA on me told me he was going to Rape my white sexx ass rubbed my butt told me Sullivon county sent me there to be delt with was his orders.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Claims And tort 7
Continued

8  Robert Roberts Prosecutor went and took pictures and made up a role play with Mat Pirtle and Andrew mattern and was All well after the time limet of the fast and speedy rules and statutes And He broke laws to have me sent to prison He knew Mat Pirtle tryed to kill me while he questioned Mat at my tryal he has mat tell A difrent story then what mat said on the police body cam then Mat Pirtles deposition was A difrent story Mat Pirtle told three difrent stories during my trial And told lies the whole time the Judge Jurry and Robert Roberts watched and herd All this sentanced me to A forty 40 year sentance knowing Mat Pirtle tryed to kill me while I was sleeping in my vehical I preformed self defence

9. Amanda Thompson was my lawyer she done nothing to help me she did not let me tell my side during trial that should have been my rite she did not use evidence proving self defence she did not play my phone call to the sheriff Clark Cottom she did not show the Judge huni the court docket proving there where no trials when he moved my court outside the 70 days she did not fight for me to be dicharged no she let me be torchred in the jails and lock ups knowing the whole time what all was being done to me and she let it go on I wrote leters made phone calls to her I was beaten, stabed, prea, and scared for the rest of my life because the things Amanda Thompson my lawyer let all these people have done to me And she knew Mat Pirtle tried to murder me she knew during my trial the Jurry was not even in the court room most of the time while Robert Roberts was asking my witnesses questions you talk about ineffective counsel well Amanda Thompson set and watched and was part of all this while these people broke laws to lock me up for 40 years she was not A good lawyer and done nothing to help me she helped all these people hurt me cause me pain and suffering

Claim And Facts Continued

10 Hugh R Hunt The Judge Broke The Law To Give me A 40 year sentance And He did not Arrest Mat Pirtle For Any of The Charges That should Have Been Put on him The Judge Hunt is Bias against me He Goes off his own feelings and does not follow The Laws This is not The first Time He has unlawfully imprisoned me He ordered The Jurry out of The Court Room Then Let Robert Roberts question My witnesses. He Let me Be Shakeled in The Court Room All Through My Trial He did not want me To Talk He Let The Prosecutor dienie My evidence of proof He knowingly set My Trial out side The 70 day Just so He could Have me Torchered And Punished more and more and He Knew All The Things happening To me He Knew My Lawyer was not defending me or doing her Job I was To Be Released from DOC on 07 15 24 And Hugh R Hunt ordered me To Be Kept in DOC I still Have Never Been Released I won My Appeal Proving Hugh R Hunt Broke The Law To Send me To Prison I Proved He is Bias against me So how Can He still Be Having Things done To me he has Caused me Pain and suffering For The Rest of my Life

Claim And Facts Continued

10 Hugh R Hunt The Judge Unlawfully imprisoned me And knew he Broke The law To do it He is An evil Man went on his own Feelings To do it To me he did Not up hold Justice he did Not Follow and Go By The laws He And All These people Have wrongfully done All These things To me Took me From my Family have Caused me so many problems in my life and problems for The Rest of my life I will send A Copy of A Tort Claim with All The Things I have suffered And caused me pain and life Long damages Because This man Hugh R Hunt Broke Laws did Not up hold Justice Knowing MAT PIN TIP Tried murdering m

11 Attorny Genaral This Person knew The Laws was Broke To have me locked in prison For 40 Years and Let it happen

12 W.V.C.F. There is so much happend I can Not List it All on here I will send Pictures, Request slips Grievances and Doctor slips Proving All That happend while I was unlawfully imprisoned I Almost Lost my life

13 M.C.F. I AM still Locked up here was To Be Released 07-15-24 Staff will not send my legal mail will not Let me order food will not Give me Rek They keep me locked in A Cell 24/7

14 State of Indiana This is where All This Has and is Taking place And This is All known and still happening I AM Seeking The Amount 296,700,000.00 Thank You.

Claims Attemptes
Continued

3 Andrew Mattern ON 09-23-22 mattern Had my
S.U.V. Impounded Then Put A Hold on it so I Could
Not Get it out of Impound By The Time They
Got done purposly doing All This To me The
Tow Bill was so High I Could Not AFord To
Get it out of Impound I was Arrested I Ask
my Dad To Go Get it And it was Gone The
Tow Truck man Took my Vehical and Crushed it
Andrew mattern Had The wepon Got it From my
uncle Tims house He Had No Reson To Take my S.U.V.
and Then Lave it Crushed By The Junk Yard This
is more Torcher Pain and suffering They caused
me and my Family my mother Has Been walking
ever since mattern Had This done To our Family
Vehical so I Need A New vehical also To Replace Theone They destroyed

12 W.V.C.F. while I was AT W.V.C.F. I suffered
so many difrent Forms of punishment And The
staff Let it Go on Because The Lies Hugh Hunt and
Robert Roberts Told about me Robert Roberts wason
The News Talking about me in slander and He Broke
The LAW To Prosecute me He Belongs in Prison AT
W.V.C.F. I was stabbed, Beaten and Put in Locked
down Not Able To Order Food They were starving
me, Not Giving me mailing Rights, Not Leting me
Have Baisc Human Needs and They did Not Give me
Due Prosecc Due Process on my Grievance Forms But The
ones I Have Prove what All was Happening Being done To me.

Claims And Facts
continued

13 Miami Correctional Facility I Been Here since 12-27-23 And it has Been horrible The whole Time I have Been Locked down NO Rek No mailing Rights They Barly ever Let me out To Take A shower I was To Be Released From D.O.C. ON 07-15-24 And They PuT me iN safe keeping But YeT I have never Been Relfased I have never Been sent out To Be sent Back To Be oN A safe keep The Judge HUNT and sheriFF JASON Bobitt are doing This To cause me Pain and suffering and To Torcher me and make me Be starved Be Case Locked Down here on safe keep I can not order Food and M.C.F. does NOT Feed ANyone Good AT All and They KNOW This and Thats why They done This To me They are Bias agaist me This is Barbarick TreatmenT and crule and uNusal PunishmenT. They The staFF here will NOT Let me Clean my Room They will NOT LeT me have ACsess TO The Law Library I AM CONsTaNTly Being PaNished IN All soRTs OF ways and iT All illeagal its causing menTal Pain and suffering and Phisxcal Pain and suffering NOT only oN me But oN my Family also Please Look INTO All This and see how Much damages This has caused me For The Rest OF my LiFe and medical Bills, Pain, stress, Trust issues, where is JusTice This was All wrongFully done To me Because Judge Hugh HUNT and Robert Roberts uNLawFully senTanced me To 40 years. So FOR All This I AM AsKiNG The court To Award me $296,700,000.00

Claims and Facts
continued

12 W.V.C.F. #1 Grievance #154531 #2 Grievance Responce
#3 where I was in the Shoe Being Punished for Guys Stabing
Beating me tryed to kill me and I did not get to order
food send mail Get any soap for showers they would
not even sharpen my Pencil it was torchery cruel unusal Punish
#4 Grievance #23144752 where money was taken not Given Back to me
#5 Grievance #23140242 for imProper medical treatment caused me
to loose vistion in my eye Also LeFt me deFormed and I
lost Part of my eye Browl from my Face Being Cut and
Beaten #6 Grievance where I was Beat Badly again and
needed medical the Gaurds to me out to the walk maised
me with OC spray slamed me on the Ground Beat me
more Badly Busted my skull I have Pictures of this
then they Put me in lock up Beat me again there
#7 Grievance #23-16030l this Form Proves the Staff
was in on Putting my life indanger and Because
A this I will have to Go through Pain and Suffer
for the rest of my life this was done in Sullivan. CO
where I was unlawfully sentanced By Hugh R Hunt
#8 Grievance APPeal for #23-16 030l #9 Grievance
#23-161739 where I had told the counsle I could not
Be in G.H.U. she looked in the computer said yeah your
Right I said my life is indange she laughed said I would
Be okay well I was not I was Beaten again Badly
#10 Grievance #2316 1056 shows I was left indanger
for three days and same members Got me again Hurt me Badly

Claims and Facts
continued

#11 W.V.C.F. #11 Grievance Appeal #1 For Grievance
#23-16 1056   #12 Grievance Appeal #2 For Grievance #23-16 1056
#13 Request To Grievance OFFice ASKING why They would
Not awnser My Grievances OR Appeals when The STAFF
Knowingly Put My LiFe indanger MultiPle Times
And LeFt me To die I was Beging For Help They
LeFt me ON purpose Two diffrent Counsler Knew
I was allmost Killed iN G.H.U. Put me Right Back
In The same Housing unit with The same Gangmembers
aFter me They was Told To Kill me BY Sullivan County
All This has happend To me Because unLawFul imprisonment
#14 Tort Claim I could Not Get sent out #15 Shows
I was A medium Level So W VCF Should Have
Never Placed me ON NORTH Side G H U From
The Begaining OF me Arriving There They Put me
indanger ON Purpose This PaperworK Proves It
#16 Request where I had seen The Counsler Told her I needed
moved People was acting weird I Knew somthing was
going To happen Sure ANuFF I Got Beat And stabbed on
This dAY 04-14-23 #17 Request I had Just Talked
To miss Cooper The First Time Telling her I was indanger
And I had money missing From My acount ON 04 14 23
#18 Request This Counsler was Throwing My Paper work away
#19 #20 #21 #22 #23 #24 #25 #26 #27 #28 #29 All These
numbers are Request where The case worker Percell was
Torchering me Barbaric Punishment, cruel Punishment, depriving
My mailing Rights, depriving medical Treatment, Pain and SuFFering

Claims and Facts
continued

12 #19 Through 29 Percell /Starvation, mental Pain
and suffering, depriving me from Rek, depriving me from
Law Library, keeping me confined in The shoe R.H.U.
and I done nothing wrong I had no wright ups
I was Beaten and All most Killed I should Have
Been in A Hospital NOT Left with nothing
Locked in A Basement cell of A Prison deprived
From everything I was who was Atacked Then
#30 #31 #32 They Put me Back in R.H.U. Percell
miss Treated me More Then Put me Back in G.H.U.
Knowing I was All most Killed in That unit.
#33 Request To Preserve Camra Footage where I was
Beaten Badly #34 #35 #36 Request slips Asking
why I was NOT Getting acksess To The Law Library
so I could do Legal work and work on my case
They would never Let me Go Because it was A
Facility in Sullivan County and sullivan
County is where I was unlawfully sentanced
To A 40 year sentance By Hugh R Hunt & Robert Roberts
#37 Request Asking about Law Library and Camra
Footage And They would NOT Preserve it Because
They Know That They had All This done To me on Purpose
#38 Department Of Administration Doc ombudsman Bureau
done nothing To help me I told Them every Thing They said
you Have Acksess To Law Library your on The wrong count
Later That mean I can not Go Hello This All was done
to me and it was horrible still is horrible messed me up

Claims and Facts
Continued

12 #39 GTL Form To Give me A new Tablet This Took Them
A week I had No Phone No Acksess To Nothing Another
Form of Torcher and Pain and suffering and Cruel Punishment
#40 #41 This is where They did NOT Give me The
Tail Time I had coming Look AT The out dATes
every where I have Been I have Been Punished
or Tourchered in some Type of way or Form and
All This Pain and suffering and nightmares I AM
having is BeCause Sullivan County and The State
Police and Prosecutors all illeaaaly and unLawfully
Put Me IN Prison. #42 #43 #44 #45 #46 #47 #48 #49
are medical slips Proving My inTures I suffered and
Am STill IN suver pain and suffering, emotional stress
emotional Pain and suffering mental pain and suffering
Physical Pain and suffering and Life Long suffering
I wake up swetting wet screaming From Bad dreams
Because what happend They are allways Hurting me in my
mind From All This I AM in Fear For MY Life The
Police now has me TeriFied And Prison STAFF
also I can NOT TRust They do not care iF I Get
killed they do not do Their Job and keep me SAFe
This will All Be with me For The Rest of MY Life
#50 Remittance slip where I Paid For MY X Rays
From Being Beat so Badly I LOST Teeth The metal
Plates iN MY head Shifted screws come out
MY Jaws From This Thats happend To me so now I AM
in constant Pain medication does not help #51 Picture

*Claims and Facts*
*Continued*

13 M C F #52 demist Form Had To Go To demist To
Get The Broken Parts of MY Teeth Removed That Got
Broken When I was Beat on Multiple Times
#53 Grievance #24-184719 Where I was moved From
MY Bottom Bunk Put on Top Bunk and I should not
have Been moved I AM medical Bottom Bunk well
I Fell OFF It Hurt me Badly So They Took me
Put me in R.H.U. Punished me For There wrong
doing Then Tried To say They Put Me There over
The Guy I was in The Cell With had A Seizer
The Staff here Just Wanted To Punish me and They
still are And I was To Be Released 07-15-24 it
is now 08-08-24 Judge Hunt Ordered me To Be
kept in Prison I have court ordered Papers
From supream Court To Be Released This is All
out of Controll Because Hugh R. Hunt Hates me and
is Bias against me He keeps making Phone Call
having Things done To me #54 Grievance They sent
Back unprocessed They will not Give me due process
here now its not Rite At All They Have never Let
me Go To Law Library here and still Won't Let me They
got me in A Cell By MY self in A239 I do not Get
Rek I do not Get To order Food They will not make
Copie of MY Leagol Paper I AM sending All This Home
Having MY mother do it To Copy All This M.C.F. will not do it
#55 To #58 was Consler Jilles in K.H.U. #59 To #62 is Counsler
in A.H.U. Issac She Just Will not do Nothing For nor To Help me

Claims and Facts
Continued

13 MCF here At This Facility They Just Throw
My paper work away Then I have no proof OR
They Just do NOT Fill it out OR do what They are
Suposed To do I have Been Hurt here To They do
not even Let you Goto The Doctor They Just keep
you Locked down and say you will Be okay This is
The worst Place I have ever Been And Hugh R Hunt
and JASON Bobitt are making Them keep me here
This is NOT Right what They are doing To me
I was To Be Released From DOC so why AM
I STILL here Being Punished Having To Go
Through Pain and suffering and Being Torchered
This is Crimanel confinedment And ITS
Torchering my mind where is The Justice in
the Laws where is Justice For me and where
is The Justice For my Family Hugh R Hunt has
Caused My Family so much Pain and suffering To
un Lawfully imprison me and He is still doing it To
me I AM ASKing For Compansation I AM seeking The
Amount of $296,700,000.00 And For My Vehical
to Be Replaced I will send Pictures of The one They
Illeagaly Took From me and had it Crushed I will
never Be heeled From all That They have Had done
To me I will have Medical Bills Consler Bills and
I Lost The woman I Love since I Been here she
is with Another Man Now That has Brought me Pain.

Claims And Facts
Continued

#64 W.V.C.F. Grievance #24-176868 I was Moved out of W.V.C.F. Because My Life was indanger and I was allmost killed there Multiple Times and Montering Because the STAFF knew me well Just over one year Hugh R Hunt and Jason Bobbitt had me Moved From M.C.F. Back To W.V.C.F This was Terifing and Put My Life indanger I was held in R.H.U. which was Torcher and cruel and unusual Punishment These People are messing with My Life Traing To have me killed The Judge The Police and The Prosecuters Like My Life does not mater how much Proof do You need To see They are Totaly against me and will Brake Laws To Arrest me and Punish me Torcher me cause me sever Pain and suffering That will never Go away will Be with me For over the Rest of My Life This will hont me it is Causing me so many Problems allredy From what all has Been done To me Because All The People I have named in every Page of These Claims and Facts

#63 M.C.F. Grievance #2418363 where I was moved To A Top Bunk And The STAFF knew I was to stay on A Bottom Bunk I have Been Put Through so Much Pain and suffering That I will have Problems For The Rest of My Life and I will have To Be seen By Doctors From Now on Because all The injuries I have suffered during This Unlawful imprisonment

# Claims and Facts Cont.

#65 Picture WVCF I was slammed on the walk by officers while I was in cuffs. This is police brutallity, cruel and unusual punishment causing permanant injury

#66 Picture WVCF I have been beaten and stabbed causing more permanant injury

#67 Picture my tv was used to smash against me and I am the one that got taken to shu. at WVCF

#68 - Search and Seizure warrant 3 mattern The vehicle is stated in this warrant 2005 Red Ford Escape VIN#1FMYU931X5KB75315 IWAS my vehicle that was towed and later destroyed.

#69A Narrative From 3 Andrew Mattern Stating he had recovered Items on warrant before going to the vehicle

#69B Cont. #69A report 3 Andrew Mattern

#70 continued Statement from 3 Andrew Mattern

#71-1 matt Pirtle stated in his deposition that he had the Items that 3 Andrew Mattern had my vehicle towed for. matt Stated no one asked if he had the clip + the other items

#

Claims and Facts
Continued

With all do Respect
I Sumit These Claims and Facts
William R Grimes  on 08-08-24